# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2013

146617

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

TAYLOR M. SEGARS,
       Petitioner-Appellant,

v

BLUE CROSS BLUE SHIELD OF
MICHIGAN,
       Respondent-Appellee.

SC: 146617
COA: 310025
Oakland CC: 2011-122551-AA

_____/

On order of the Court, the application for leave to appeal the December 21, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2013



Clerk

h0612